MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,<br><br>Plaintiff,<br>vs.<br><br>PARADISE COURT HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00390-GMN-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB'S TO OPPOSE PARADISE COURT HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB (**BNY Mellon**) and Paradise Court Homeowners Association (**HOA**) stipulate as follows:

/ / /

/ / /

/ / /

{37986327;1}  1

The parties hereby stipulate and agree that BNY Mellon's time to respond to HOA's Motion to Dismiss (Dkt #10) shall be continued from April 4, 2016 until April 11, 2016.

DATED this 1st day of April, 2016.

**LEACH JOHNSON SONG & GRUCHOW**

/s/ *T. Chase Pittsenbarger, Esq.*
SEAN L. ANDERSON, ESQ. (SBN 7259)
T. CHASE PITTSENBARGER, ESQ. (SBN 13740)
8945 W. Russell Road, Ste. 330
Las Vegas, Nevada 89148

*Attorneys for Paradise Court Homeowners Assoc.*

DATED this 1st day of April, 2016

**AKERMAN, LLP**

*/s/ Steve Shevorski, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Dr., Ste. 330
Las Vegas, NV 89144

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** April 7, 2016