# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>PARADISE COURT HOMEOWNERS<br>ASSOCIATION, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:16-cv-00390-GMN-NJK<br><br>ORDER |

Pending before the Court is an order to show cause arising out of the non-filing of a discovery plan in this case. Docket No. 20. The parties have filed a response indicating that the case is stayed in light of the pendency of an unopposed motion to post security for costs. *See* Docket Nos. 21, 22; *see also* Docket No. 9. The Court hereby **ORDERS** the parties to file, no later than May 13, 2016, a stipulation regarding posting a security. The Court further **ORDERS** the parties to file a discovery plan no later than May 20, 2016.

IT IS SO ORDERED.

DATED: May 12, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge