UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, <br><br>Plaintiff(s), <br><br>vs. <br><br>PARADISE COURT HOMEOWNERS ASSOCIATION, et al., <br><br>Defendant(s). | Case No. 2:16-cv-00390-GMN-NJK <br><br>ORDER <br><br>(Docket No. 25) |

Pending before the Court is a stipulation to extend the time for Nevada Association Services ("NAS") to respond to the complaint. Docket No. 25. The pending stipulation fails to provide any reason whatsoever for the requested relief, in direct violation of the local rules. *See* Local Rule IA 6-1(a) (requests for extension "must state the reasons for the extension requested"). In addition, the stipulation bears a caption from another case. Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge