# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:16-cv-00390-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| | (Docket No. 33) |
| PARADISE COURT HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the time for Nevada Association Services ("NAS") to respond to the complaint. Docket No. 33. Despite the Court order indicating that the previous stipulation was filed with the wrong caption, *see* Docket No. 26, the renewed stipulation continues to bear the wrong caption. Similarly, the reason provided for the stipulation appears to have no relevance to this case, as it refers to an association that is not party to this action. The relief sought is also unclear, as the stipulation seeks initially "thirty additional days from the date of entry of this order to file a responsive pleading" but later seeks a new deadline of June 1, 2016. *See* Docket No. 33 at 1, 2. The stipulation is therefore **DENIED** without prejudice once again.

The Court also cautions all counsel that they are expected to carefully read court orders, and that they are expected to carefully review all filings that they submit to ensure their accuracy.

IT IS SO ORDERED.

DATED: May 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge