CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:    (702) 804-8885
Facsimile:    (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-06CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,<br><br>Plaintiff,<br>vs.<br><br>PARADISE COURT HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00390<br><br>**SECOND AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") to May 23, 2016 to file a responsive pleading to Plaintiff THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB'S (hereinafter

"Plaintiff"), Complaint filed on February 25, 2016.  Pursuant to Stipulation of the parties, Defendant shall have until May 23, 2016.

### Reason for this Request

Nevada Association Services, Inc. ("NAS") and The Bank of New York Mellon (together with NAS, the "Parties") agreed to extend time to file responsive pleadings to allow NAS an opportunity to tender its defense to the Paradise Court Homeowners Association (the "Association") and allow the Association ample time to either accept or reject NAS' tender.  Based on the Association's declination or failure to respond to NAS' tender, the Parties now submit their Stipulation and Order to allow NAS time to file its responsive pleadings.

This is the parties' second request for an extension.

DATED this 26th day of May, 2016.

By: /s/Steven G. Shevorski
Steven G. Shevorski, Esq.
Nevada Bar No. 8256
Akerman, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: 702-634-5000
Facsimile: 702-380-8572
*Attorney for Plaintiff*

By: /s/Christopher V. Yergensen
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone: 702-804-8885
Facsimile: 702-804-8887
*Attorney for Defendant Nevada Association Services, Inc.*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

**DATED:** May 26, 2016