MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB, <br> Plaintiff, <br> vs. <br> PARADISE COURT HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC, <br> Defendants. | Case No.: 2:16-cv-00390-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO PARTIALLY LIFT STAY [ECF NO. 73]** |
| SFR INVESTMENTS POOL 1, LLC; <br> Counter/Cross Claimant, <br> vs. <br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB; et al. <br><br> Counter/Cross Defendants. | |

1

43451080;1

1 The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB (**BNY Mellon**) and defendant SFR Investments Pool 1, LLC (**SFR**) respectfully submit the following stipulation to allow Plaintiffs seven additional days to file their reply to SFR's response to its motion to partially lift the stay (the **response**). (ECF No. 73.)

SFR filed its opposition on November 20, 2017. (ECF No. 73). BNY Mellon's deadline to file its reply in response to SFR's opposition is November 27, 2017. The parties stipulate to extending BNY Mellon's deadline by seven additional days, to December 4, 2017, to allow BNY Mellon additional time to prepare their reply in light of the Thanksgiving holiday and to coordinate this deadline with the deadline to file a response to SFR's countermotion. (ECF No. 75).

. . .

2

43451080;1

This is BNY Mellon's first request for an extension of this deadline, and is not made to cause delay or prejudice any party.

Dated this 22nd day of November, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB* | *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2017

3

43451080;1