MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff The Bank of New York*
*Mellon fka the Bank of New York, as Trustee*
*for the Certificateholders of CWALT, Inc.,*
*Alternative Loan Trust 2006-6CB Mortgage*
*Pass-Through Certificates, Series 2006-6CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB, <br><br> Plaintiff, <br><br> vs. <br><br> PARADISE COURT HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.:  2:16-cv-00390-GMN-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS [ECF NO. 84]** |
| SFR INVESTMENTS POOL 1, LLC; <br><br> Counter/Cross Claimant, <br> vs. <br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB; et al. <br><br> Counter/Cross Defendants. | |

44027854;3

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the

2   Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through

3   Certificates, Series 2006-6CB (**BNY Mellon**) and defendants Paradise Court Homeowners

4   Association (**Paradise Court**), SFR Investments Pool 1, LLC (**SFR**), and Nevada Association

5   Services, Inc. (**NAS**) respectfully submit the following stipulation to allow the parties seven additional

6   days to file any dispositive motion.

7   The Court lifted the stay and set a dispositive motion deadline of February 7, 2018. (ECF No.

8   84.) The parties stipulate to extending the dispositive motion deadline by seven additional days, to

9   February 14, 2018, to allow them four total weeks to prepare their summary judgment motions, closer

10  to the thirty days provided for the initial scheduling order. (ECF No. 40.) This will give the parties

11  adequate time to review the evidence and prepare their dispositive motions.

12  . . .

13  . . .

14  . . .

15  . . .

16  . . .

17  . . .

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27

28

44027854;3

This is the parties' first request for an extension of this deadline, and is not made to cause delay or prejudice any party.

Dated this 7th day of February, 2018.

**AKERMAN LLP**

<u>/s/ Jamie K. Combs</u>
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB*

**KIM GILBERT EBRON**

<u>/s/ Jacqueline A. Gilbert</u>
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**LEACH JOHNSON SONG & GRUCHOW**

<u>/s/ T. Chase Pittsengarger</u>
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
11500 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89052

*Attorneys for Paradise Court Homeowners Association*

**NEVADA ASSOCIATION SERVICES, INC.**

<u>/s/ Brandon E. Wood</u>
BRANDON E. WOOD, ESQ.
Nevada Bar No. 12900
6224 West Desert Inn Road
Las Vegas, Nevada 89145

**IT IS SO ORDERED.**

**DATED** this <u>7</u> day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

44027854;3

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 7th day of February, 2018, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS [ECF NO. 84]**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Howard C. Kim, Esq.
**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3301
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
howard@kgelegal.com

*Attorneys for Defendant SFR Investments Pool 1, LLC*

Brandon Wood, Esq.
**NEVADA ASSOCIATION SERVICES, INC.**
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
brandon@nas-inc.com

*Attorney for Nevada Association Services, Inc.*

T. Chase Pittsenbarger, Esq.
Sean L. Anderson, Esq.
**LEACH JOHNSON SONG & GRUCHOW**
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074

cpittsenbarger@leachjohnson.com
sanderson@leachjohnson.com

*Attorneys for Paradise Court Homeowners Association*

*Yolanda Pinkney-Jordan*
*/s/* An employee of AKERMAN LLP

44027854;3