**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
sanderson@leachjohnson.com
*Attorneys for Defendant*
*Paradise Court Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB MORTGAGE PASS-THROUGH CERTIFICATES 2006-6CB,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE COURT HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, NC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.:    2:16-cv-00390—GMN-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PARADISE COURT HOMEOWNERS' ASSOCIATION TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF No. 85]** |

Defendant Paradise Court Homeowners' Association (the "Association"), and Plaintiff The Bank of New York Mellon (the "Bank"), by and through their respective counsel stipulate and agree as follows:

1. On February 5, 2018, the Association filed a Motion for Summary Judgment, ECF No. 85.

2. On February 26, 2018, the Bank filed its Opposition to the Association's Motion for Summary Judgment, ECF No. 91.

3. The Association's Reply is due on or before March 12, 2018.

-1-

4. The Association and the Bank hereby stipulate to extend the time for the Association to file its Reply to and including March 26, 2018.

**IT HEREBY STIPULATED AND AGREED** that the Association will have a two-week extension to file its Reply.

**IT IS FURTHER STIPULATED AND AGREED** that the Association's Reply shall be filed on or before **March 26, 2018.**

This is the parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 12th day of March, 2017.

| **LEACH JOHNSON SONG & GRUCHOW** | **AKERMAN, LLP** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Jamie K. Combs* |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, #330<br>Las Vegas, NV 89148<br>*Attorneys for Paradise Court HOA* | Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, #200<br>Las Vegas, NV 89134<br>*Attorneys for The Bank of New York Mellon* |

**IT IS SO ORDERED.**

**DATED** this __12__ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court