MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,<br>Plaintiff,<br>vs.<br>PARADISE COURT HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br>Defendants. | Case No.: 2:16-cv-00390-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 91, 92, 93, and 94]** |
| SFR INVESTMENTS POOL 1, LLC;<br>Counter/Cross Claimant,<br>vs.<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB; et al.<br><br>Counter/Cross Defendants. | |

1

44474728;1

The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB (**BNY Mellon**), defendant SFR Investments Pool 1, LLC (**SFR**), and Defendant Paradise Court Homeowners' Association (**Paradise Court**) respectfully submit the following stipulation to allow BNY Mellon seven additional days to file its replies to SFR and Paradise Court's responses to its motion for summary judgment (ECF Nos. 92, 94), SFR seven additional days to file its response to BNY Mellon's opposition to its summary judgment motion (ECF No. 93), and Paradise Court two additional days to file its reply in response to BNY Mellon's opposition to its motion for summary judgment (ECF No. 91).

BNY Mellon filed its opposition to Paradise Court's motion for summary judgment on February 26, 2018. (ECF No. 91). BNY Mellon stipulated to extend the HOA's deadline to file a reply to March 26, 2018. (ECF No. 86). SFR and Paradise Court filed their oppositions to BNY Mellon's motion for summary judgment on March 7, 2018. (ECF Nos. 92, 94). BNY Mellon's deadline to file replies in response to these oppositions is March 21, 2018. BNY Mellon filed its opposition to SFR's motion for summary judgment on March 7, 2018. (ECF No. 93). The deadline for SFR to file a reply in response to BNY Mellon's opposition is March 21, 2018.

The parties stipulate to extending the reply deadlines for all parties to Wednesday, March 28, 2018, to coordinate the briefing deadlines for all parties.

…

…

…

…

…

…

…

…

2

44474728;1

This is BNY Mellon and SFR's first request for an extension of these deadlines, and is not made to cause delay or prejudice any party.

Dated this 21st day of March, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| /s/ Jamie K. Combs | /s/ Jacqueline A. Gilbert |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-6CB Mortgage Pass-Through Certificates, Series 2006-6CB* | *Attorneys for SFR Investments Pool 1, LLC* |

**LEACH JOHNSON SONG & GRUCHOW**

 /s/ T. Chase Pittsenbarger
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
11500 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89052

*Attorneys for Paradise Court Homeowners Association*

**IT IS SO ORDERED.**

**DATED** this  23  day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

44474728;1